UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

CASE NO. 6:10-bk-15636-KSJ
CHAPTER 7

IN RE:

Jason Darnell Odom and
Kelly Maureen Odom,
        Debtor(s)
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
IN FAVOR OF BANK OF AMERICA**

**THIS CASE** came before the Court upon the Motion for Relief from the Automatic Stay (Docket No. 14) filed by Bank of America, National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-16AX, its Successors and Assigns ("Secured Creditor") on negative notice pursuant to Local Rule 2002-4. There being no objection to the entry of this Order and the Court being otherwise fully advised on the matter, it is,

**ORDERED:**

1. Secured Creditor's Motion for Relief from the Automatic Stay is Granted.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real property located at 4965 Indian River Drive Unit 104, Las Vegas, Nevada 89103, and legally described as:

> Unit 1072 of Westwood Point, a condominium subdivision filed pursuant to the provisions of N.R.S. 116 Recorded in Book 27 of Plats, Page 45, in the Official Records of the County Recorder, Clark County, Nevada. And as defined in that certain declaration of restrictions (enabling declaration establishing a plan for condominium ownership of Westwood Point) recorded July 16, 1982 in Book 1595 of Official Records, Clark County, Nevada, as Document No. 1554934.
>
> Parcel II:
>
> An undivided 1/452nd interest in and to the common element as shown upon the Plat of Westwood Point, a condominium subdivision filed pursuant to the provisions of N.R.S. 116 Recorded in Book 27 of Plats, Page 45, in the Official Records of the County Recorder, Clark County, Nevada. And as defined in that certain declaration of restrictions (enabling declaration establishing a plan for condominium ownership of Westwood Point) recorded July 16, 1982 in Book 1595 of Official Records, Clark County, Nevada, as Document No. 1554934.
>
> Parcel III:
>
> An exclusive use easement over that portion of the common element shown as appurtenant decks, balconies, patios, garages, entry areas and stairs which areas shall be referred to as limited common elements as shown upon the Plat of Westwood Point, a condominium subdivision filed pursuant to the provisions to the provisions of N.R.S. 16 recorded in Book 27 of Plats, Page 45, in the Official Records of the County Recorder, Clark County Nevada. And as defined in that certain declaration of restrictions (enabling declaration establishing a plan for condominium ownership of Westwood Point) recorded July 16, 1982 in Book 1595 of Official Records, Clark County, Nevada, as Document No. 1554934.
>
> Parcel IV:
>
> A non-exclusive easement for ingress and egress, public utilities and private streets over the common element of the condominium project as shown upon the Plat of Westwood Point, a condominium subdivision filed pursuant to the provisions of N.R.S. 116 Recorded in Book 27 of Plats, Page 45, in the Official Records of the County Recorder, Clark County, Nevada. And as defined in that certain declaration of restrictions (enabling declaration establishing a plan for condominium ownership of Westwood Point) recorded July 16, 1982 in Book 1595 of Official Records, Clark County, Nevada, as Document No. 1554934.

3. This Order lifting the automatic stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies as to the property described above and said creditor shall neither seek nor obtain an *in personam* judgment against the Debtor(s).

4. Secured Creditor is hereby awarded attorney's fees and costs of $500.00 which were incurred in filing its Motion for Relief from the Automatic Stay and said fees and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the remedies available therein, but is not recoverable from the Debtor(s) or the Debtor(s) bankruptcy estate.

5. The Court does not waive nor reduce Bankruptcy Rule 4001(a)(3).

DONE and ORDERED in Orlando, Florida, this 15th day of October, 2010

_____
Karen S. Jennemann
United States Bankruptcy Judge

**Copies furnished to:**

Jason Weber, Esquire
Kahane & Associates, P.A.
8201 Peters Road, Ste.3000
Plantation, FL 33324
Telephone: (954) 382-1672
Telefacsimile: (954) 626-3778

Jason Darnell Odom
2816 Denison Court1
Cocoa, Florida 32926

Kelly Maureen Odom
2816 Denison Court
Cocoa, Florida 32926

Beau Bowin, Esq.
Attorney for Debtor(s)
932 S. Wickham Rd., Suite B.
West Melbourne Florida 32904

Carla Musselman, Trustee
1619 Druid Road
Maitland, Florida 32751

U.S. Trustee
United States Trustee-ORL 7
135 West Central Blvd.
Orlando, Florida 32801